# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES — GENERAL

Case No.  CV02-05144 PA (AWx)                                    Date  July 25, 2002

Title  VANDA MADER a/k/a VONDA SIMON v. TRICORBRAUN, a corporation; and DOES 1 through 20

---

**DOCKET ENTRY**

Priority  ✓
Send  ✓
Enter  ___
Closed  ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

**PRESENT**

HON.  Percy Anderson , JUDGE

Jim Holmes                                         None Present
Deputy Clerk                                       Court Recorder

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**

None Present                                       None Present

**PROCEEDINGS:**  ORDER TO SHOW CAUSE re: FAILURE TO COMPLY WITH LOCAL RULE 16

---

ORDER

   Pursuant to Local Rule 16 and this Court's Scheduling Order counsel are required to file certain documents. The following documents have not been filed with this Court:

- Proposed Final Pretrial Conference Order
- Joint Exhibit List
- Memoranda of Contentions of Law and Fact
- Witness List
- Summary of Witness Testimony and Time Estimate (see this Court's Schedule Order, p.8)
- Status Report Regarding Settlement (see this Court's Schedule Order, p.11)
- Jury Instructions and Verdict Forms (see this Court's Schedule Order, p.8)
- Joint Statement Regarding Disputed Jury Instructions (see this Court's Schedule Order, p.8)

   The pretrial conference currently on calender for August 2, 2002 is continued to **August 16, 2002** at **1:30 p.m.** Plaintiff is to show cause at that



(22)

time why this action should not be dismissed for lack of prosecution. Defendant is to show cause at that time why the answer (and counterclaim) should not be stricken and default entered.

Plaintiff and Defendant are to show cause at that time why sanctions pursuant to Local Rule 83-7 should not be assessed.

All documents, including all Rule 16 documents and documents required by this Court's Scheduling Order, if the action is allowed to proceed, must be filed on or before **August 6, 2002**.

IT IS SO ORDERED.